NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KLAUSTECH, INC.,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

---

2019-1536

---

Appeal from the United States District Court for the Northern District of California in No. 4:10-cv-05899-JSW, Judge Jeffrey S. White.

---

**JUDGMENT**

---

NICOLE E. GLAUSER, DiNovo, Price, Ellwanger & Hardy LLP, Austin, TX, argued for plaintiff-appellant.  Also represented by ANDREW DINOVO.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for defendant-appellee.  Also represented by HENRY HUANG, East Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2020          /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                    Clerk of Court